UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES D. DOTSON, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:04-CV-722-BR |
| ) | |
| PFIZER, INC., ) | |
|    Defendant. ) | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED & DECREED** that the defendant did interfere with plaintiff's rights to family or medical leave, that the defendant did not terminate plaintiff's employment in violation of the FMLA based on his need to care for his daughter with a serious health condition, that the defendant did terminate plaintiff's employment in violation of the FMLA based on his absence from work or request to be absent from work for the placement of a daughter for an adoption, that the plaintiff is entitled to recover of defendant on his interference claim $1,876.00, on his retaliation claim $331,429.25 and that the defendant did not act in good faith and with the reasonable belief that its action complied with the FMLA.

<u>**THIS JUDGMENT FILED AND ENTERED ON MAY 25, 2006 and COPIES TO:**</u>

**William P. Barrett**
Maupin Taylor, P.A.
P.O. Drawer 19764
Raleigh, NC 27619-9764


**Joshua M. Krasner**
Maupin Taylor, P.A.
P.O. Drawer 19764
Raleigh, NC 27619-9764

**Thomas A. Farr**
Ogletree, Deakins, Nash, Smoak & Stewart
2301 Sugarbush Rd.
Suite 600
Raleigh, NC 27612

**Phillip J. Strach**
Ogletree, Deakins, Nash, Smoak & Stewart
2301 Sugarbush Rd.
Suite 600
Raleigh, NC 27612


May 25, 2006 /s/ MICHAEL D. BROOKS
ACTING CLERK

_____