UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES D. DOTSON,                        )
    Plaintiff,                           )
                                   )
                                   )
v.                                      )          **JUDGMENT**
                                   )
                                 )          No. 5:04-CV-722-BR
                                 )
PFIZER, INC.,                           )
    Defendant.                           )

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED & DECREED** that the Bill of Costs is ALLOWED, and taxable against defendant in the amount of $14,264.88.  It is further ORDERED, ADJUDGED & DECREED that Pfizer's motion for judgment as matter of law or, alternatively, for a new trial is DENIED. Dotson's motion for liquidated damages and attorneys fees is ALLOWED.  Pfizer's motion for review of the Clerk's order taxing costs is DENIED.  Dotson is not entitled to front pay.  Dotson's motion to strike all references to his 5 May 2006 deposition contained in Pfizer's memorandum opposing front pay is DENIED as moot because the court did not consider those references in making its front pay ruling.  Pfizer's motion for leave to file a surreply to Dotson's reply to Pfizer's memorandum opposing front pay is DENIED.  Pfizer's motion to reopen the front pay hearing is DENIED as moot.  Pfizer's motion for review of the Clerk's order taxing costs is DENIED.

      It is hereby ORDERED, ADJUDGED, and DECREED that Dotson have and recover of Pfizer:
      1.      $333,305.25 in liquidated damages; and
      2.      $375,000 in attorneys fees.

**THIS JUDGMENT FILED AND ENTERED ON AUGUST 29, 2007 and COPIES TO:**

**William P. Barrett**
Maupin Taylor, P.A.
P.O. Drawer 19764
Raleigh, NC 27619-9764

**Joshua M. Krasner**
Maupin Taylor, P.A.
P.O. Drawer 19764
Raleigh, NC 27619-9764

**Thomas A. Farr**
Ogletree, Deakins, Nash, Smoak & Stewart
2301 Sugarbush Rd.
Suite 600
Raleigh, NC 27612


**Phillip J. Strach**
Ogletree, Deakins, Nash, Smoak & Stewart
2301 Sugarbush Rd.
Suite 600
Raleigh, NC 27612


August 29, 2007                                    **/s/ DENNIS P. IAVARONE, Clerk**